# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

| | | |
|---|---|---|
| 2 Jan | Macomb v AFSCME | #144303 |
| 4 Jan | Bailey v Schaaf | #144055 |
| 7 Jan | Harris v Auto Club | #144579 |

<u>Oral Arguments on Applications</u>

1454340-2 Cherryland
145144 People v Barnhart

On order of the Chief Justice, the above cases are ADJOURNED from the January, 2013 Session Calendar and are to be placed on the March, 2013 Session Calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2012

_____
Clerk